IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NUMBER: 08-01123 BKT |
|---|---|
| OSWAIDA ORTIZ MARTINEZ | CHAPTER 13 ( ASSET CASE) |
| DEBTOR(S) | |

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

   **COMES NOW**, Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

   1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

   2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

   **a. To cure a default in payments under the plan by amending the payment schedule, in response to a motion to dismiss filed by the Ch. 13 Trustee.**

   3. Debtor (s) amend plan call for $2,772.28 within first eleven(11) months and forty nine (49) payments of $360.00 for a total base of $20,412.00 dollars with a provision for the payment of Pre Petition Arrears to Doral Financial.

   4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules. Debtor's employer made payroll deductions for a lesser amount different from the requested.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

### NOTICE

"Parties in interest are notified the have twenty (20) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 4th, day of February, 2009.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:     Case No. 08-01123 BKT

OSWAIDA ORTIZ MARTINEZ     Chapter 13

Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☒ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☒ AMENDED PLAN DATED: 02/03/2009
☐ PRE ☒ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☒ Other

## I. PAYMENT PLAN SCHEDULE

$ WITHIN 11 MONTHS = $ 2,772.28
$ 360.00  x 49 = $ 17,640.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 20,412.28

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from: _____

☐ Sale of Property identified as follows:
_____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 20,412.28

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,670.00
Additional fees: $350.00
Adjusted Balance: $3,020.00

Signed: [signature] Debtor

Joint Debtor

Attorney for Debtor [signature]
CHAPTER 13 PAYMENT PLAN   MARILYN VALDES ORTEGA, ESQ

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. DORAL FINANCIAL   Cr. _____   Cr. _____
# 450039084   # _____   # _____
$ PRE-$14,305.18   $ _____   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☒ Debtor otherwise maintains regular payments directly to:
DORAL FINANCIAL

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED CREDITOR.

Phone: 787-758-4400
FAX: 787-763-0144

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:       *     CASE NO. 03-11392 SEK

OSWAIDA ORTIZ MARTINEZ   *

DEBTOR (s)     *     CHAPTER 13 (ASSET CASE)

*******************************

NOTICE OF FILING AMENDED PLAN

TO ALL THE CREDITORS LISTED ON THE
MASTER ADDRESS LIST

NOTICE IS HEREBY GIVEN THAT DEBTOR (S) FILED THE
ATTACHED PLAN ON January 4th, 2009

    Parties in interest are hereby granted thirty (30) days from the date of notice to oppose the motion and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed, the Court will schedule the motion for a hearing as contested matter.

MARILYN VALDES ORTEGA
USDC PR 214711
P.O. BOX 195596
SAN JUAN, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

    In San Juan, Puerto Rico, this 4th day of January, 2009.

    **I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras Rivera, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
MARILYN VALDES ORTEGA
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

```
Label Matrix for local noticing        RELIABLE FINANCIAL SERVICES       RG MORTGAGE CORP
0104-3                                  CARLOS E PEREZ PASTRANA           WALLACE VAZQUEZ SANABRIA
Case 07-02309-ESL13                     PO BOX 21382                      17 CALLE MEXICO SUITE D-1
District of Puerto Rico                 SAN JUAN, PR 00928-1382           SAN JUAN, PR 00917-2202
Old San Juan
Tue Feb  3 13:28:51 AST 2009

US Bankruptcy Court District of P.R.    CRIM                              DEPARTAMENTO DEL TRABAJO
U.S. Post Office and Courthouse Building PO BOX 195387                    AVE. MU?OZ RIVERA 505
300 Recinto Sur Street, Room 109        SAN JUAN, PR  00919-5387          HATO REY, PR 00918-3352
San Juan, PR 00901-1964


INTERNATIONAL HOME PRODUCTS INC.        LCDO EDGARDO M ROMAN ESPADA       MUEBLERIAS BERRIOS
P.O. BOX 363885                         AVE. CESAR GONZALEZ #513          PO BOX 674
SAN JUAN, PR  00936-3885                HATO REY, PR 00918-2657           CIDRA, PR 00739-0674



PUERTO RICO TELEPHONE COMPANY           R-G MORTGAGE                      RELIABLE FINANCIAL SERVICES
P.O. BOX 360998                         P.O. BOX 362394                   9615 AVE. LOS ROMEROS, SUITE 1100
SAN JUAN, PR  00936-0998                SAN JUAN, PR  00936-2394          URB. MONTEHIEDRA
                                                                          SAN JUAN, PR 00926-7039


RG MORTGAGE CORPORATION                 SMALL BUSINESS ADMINISTRATION     ALEJANDRO OLIVERAS RIVERA
c/o Wallace Vazquez Sanabria            201 VARICK SYTREET  ROOM 628      ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
17 Mexico Street, Suite D-1             NEW YORK, NY 10014-7067           PO BOX 9024062
San Juan, PR 00917-2202                                                   SAN JUAN, PR 00902-4062


CARMEN LYDIA TORRES ORTIZ               MARILYN VALDES ORTEGA             MONSITA LECAROZ ARRIBAS
HC44 BOX 12681                          VALDES-ORTEGA                     OFFICE OF THE US TRUSTEE (UST)
CAYEY, PR 00736-9732                    P O BOX 195596                    OCHOA BUILDING
                                        SAN JUAN, PR 00919-5596           500 TANCA STREET  SUITE 301
                                                                          SAN JUAN, PR 00901-1938
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)CARMEN LYDIA TORRES ORTIZ            End of Label Matrix
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                             Mailable recipients    17
                                        Bypassed recipients     1
                                        Total                  18