# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>OSWAIDA ORTIZ MARTINEZ<br>　　　　　Debtor(s) | CASE NUMBER: 08-01123 BKT<br><br>CHAPTER 13 (ASSET CASE) |

## DEBTORS REPLY TO DORAL BANK MOTION
## FOR RELIEF OF STAY UNDER 362

**TO THE HONORABLE COURT:**

COMES now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. That on March 14th, 2011, the creditor Doral Bank filed a Motion for Relief From Stay Under 362 based on arrears.

2. Debtor's owed six (6) payments according with the evidence not eight (8). Enclosed please find evidence of payments.

3. Debtors will cure arrears on or before the 362 hearing.

4. Based on the abovementioned, it is debtor's contention that Doral Bank motion turns into a moot one.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion, therefore deny Banco Popular de Puerto Rico Motion for Relief of Stay under 362.

In San Juan, Puerto Rico, this 16th, day of March 2011.

**RESPECTFULLY SUBMITTED**

**/S/Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $869.24 |


**DORAL BANK**
PO BOX 70308
SAN JUAN PR 00936-8308

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

CUPON DE PAGO / PAYMENT COUPON

⑆000000000⑆ 300⋯0050039084⑈ 89 ⑈00000086924⑈

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**DORAL BANK**
PO BOX 70308
SAN JUAN PR 00936-8308

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

CUPON DE PAGO / PAYMENT COUPON

⑆000000000⑆ 300⋯0050039084⑈ 89 ⑈00000034624⑈

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | 7/4/08 | $359.62 |

**doralbank**
PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

Miembro FDIC
OCIF Lic. B-34

CUPON DE PAGO / PAYMENT COUPON

⑆000000000⑆ 300⋯0050039084⑈ 89 ⑈00000035962⑈

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | 7/4/08 | $359.62 |

**doralbank**
PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

CUPON DE PAGO / PAYMENT COUPON

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO DUE DATE | PAGO MENSUAL MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $1,228.86 |

**doral**bank  
PO BOX 71529  
SAN JUAN PR 00936-8629

CUPON DE PAGO / PAYMENT COUPON

*Incluya su número de prestamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

⑆000000000⑆ 300⑈00 50039084⑈ 89 ⑇000012 2886⑇

Miembro FDIC  
OCIF Lic. B-34

---

**doral**bank

**LOAN & L/C CUPON PAYMENT**

Número de Cuenta: 50039084

Nombre: Oswaida Ortiz

TC: Hipotec

Cantidad: 359.62



**L/C COMMERCIAL PRESTAMO PERSONAL**
- 323 Pago Regular
- 327 Pago Principal
- 329 Pago Intereses
- 341 Pay Off
- 333 Late Charge Payment

**DORAL RESERVE**
- 029 Pago Regular
- 018 Abono Principal
- 019 Abono Intereses
- 033 Pay Off

Miembro FDIC  
OCIF Lic. B-34

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO DUE DATE | PAGO MENSUAL MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank  
PO BOX 71529  
SAN JUAN PR 00936-8629

CUPON DE PAGO / PAYMENT COUPON

*Incluya su número de prestamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

⑆000000000⑆ 300⑈00 50039084⑈ 89 ⑇00000 34624⑇

Miembro FDIC  
OCIF Lic. B-34

# doralbank

**LOAN & L/C CUPON PAYMENT**

Nombre: Oswaida Ortiz

Número de Cuenta: 50039084

TC: Hipoteca

Cantidad: 359.60

## L/C COMMERCIAL PRESTAMO PERSONAL

- 323 Pago Regular
- 327 Pago Principal
- 329 Pago Intereses
- 341 Pay Off
- 333 Late Charge Payment

## DORAL RESERVE

- 029 Pago Regular
- 018 Abono Principal
- 019 Abono Intereses
- 033 Pay Off

Miembro FDIC
OCIF Lic. B-34

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doralbank**  PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

⑆000000⑆ 300⑈00 50039084⑈ 89 ⑇000000346 24⑇

CUPON DE PAGO / PAYMENT COUPON

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doralbank**  PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

⑆000000⑆ 300⑈00 50039084⑈ 89 ⑇000000346 24⑇

CUPON DE PAGO / PAYMENT COUPON

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank   PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

CUPON DE PAGO / PAYMENT COUPON

⑆000000000⑆ 300⑈00500390084⑈ 89 ⑈000000346 24⑈

Miembro FDIC
OCIF Lic. B-34

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank   PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

CUPON DE PAGO / PAYMENT COUPON

⑆000000000⑆ 300⑈00500390084⑈ 89 ⑈000000346 24⑈

Miembro FDIC
OCIF Lic. B-34

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank   PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

CUPON DE PAGO / PAYMENT COUPON

⑆000000000⑆ 300⑈00500390084⑈ 89 ⑈000000346 24⑈

Miembro FDIC
OCIF Lic. B-34

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank  PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

⑆000000000⑆ 300⑈00 50039084⑈ 89 ⑈00000 34624⑈

Miembro FDIC
OCIF Lic. B-34

CUPON DE PAGO / PAYMENT COUPON

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank  PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

⑆000000000⑆ 300⑈00 50039084⑈ 89 ⑈00000 34624⑈

Miembro FDIC
OCIF Lic. B-34

CUPON DE PAGO / PAYMENT COUPON

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank  PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

⑆000000000⑆ 300⑈00 50039084⑈ 89 ⑈00000 34624⑈

Miembro FDIC
OCIF Lic. B-34

CUPON DE PAGO / PAYMENT COUPON

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank  PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

⑆000000000⑆ 300⑈00 50039084⑈ 89 ⑈00000 34624⑈

Miembro FDIC
OCIF Lic. B-34

CUPON DE PAGO / PAYMENT COUPON

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO DUE DATE | PAGO MENSUAL MONTHLY PAYMENT |
|---|---|---|
| 50039084 | 4/20/2010 | $346.24 |

**doral**bank  PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

Miembro FDIC
OCIF Lic. B-34

⑊000800000⑊: 300⑉00 50039084⑊ 89 ⑊00000346 24⑊

CUPON DE PAGO / PAYMENT COUPON

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO DUE DATE | PAGO MENSUAL MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank  PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

Miembro FDIC
OCIF Lic. B-34

⑊000800000⑊: 300⑉00 50039084⑊ 89 ⑊00000346 24⑊

CUPON DE PAGO / PAYMENT COUPON

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO DUE DATE | PAGO MENSUAL MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank   PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**


OCIF Lic. B-34

⑆00000⑆: 300⍰00 50039084⍃ 89 ⍌00000346 24⍌

CUPON DE PAGO / PAYMENT COUPON

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO DUE DATE | PAGO MENSUAL MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank   PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**


OCIF Lic. B-34

⑆00000⑆: 300⍰00 50039084⍃ 89 ⍌00000346 24⍌

CUPON DE PAGO / PAYMENT COUPON

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO DUE DATE | PAGO MENSUAL MONTHLY PAYMENT |
|---|---|---|
| 50039084 | 8-20-05 | $346.24 |

**doral**bank   PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

**OSWAIDA ORTIZ MARTINEZ LEY124**

Miembro FDIC
OCIF Lic. B-34

⑆00000⑆: 300⍰00 50039084⍃ 89 ⍌00000346 24⍌

CUPON DE PAGO / PAYMENT COUPON

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO DUE DATE | PAGO MENSUAL MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $046.24 |

**doral**bank  PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124



⑆⑈⑈⑆⑆0000⑂ 300⑉00500 39084⑉' 89 ⑈'00000 34624⑈'

Miembro FDIC
OCIF Lic. B-34

CUPON DE PAGO / PAYMENT COUPON

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO DUE DATE | PAGO MENSUAL MONTHLY PAYMENT |
|---|---|---|
| 50039084 | 10-15-05 | $046.24 |

**doral**bank  PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124



DORAL BANK
Suc. Guayama
OCT 15 2005
TELLER 3

⑆⑈⑈⑆⑆0000⑂ 300⑉00500 39084⑉' 89 ⑈'00000 34624⑈'

Miembro FDIC
OCIF Lic. B-34

CUPON DE PAGO / PAYMENT COUPON

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**
PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

Miembro FDIC
OCIF Lic. B-34

CUPON DE PAGO / PAYMENT COUPON

⑆000000000⑆ 300⏋00 50039084⏌ 89 ⑈00000346

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank
PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

Miembro FDIC
OCIF Lic. B-34



⑆000000000⑆ 300⏋00 50039084⏌ 89 ⑈00000346

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**bank
PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

Miembro FDIC
OCIF Lic. B-34

⑆000000000⑆ 300⏋00 50039084⏌ 89 ⑈00000346 21

---

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50039084 | | $346.24 |

**doral**
PO BOX 71529
SAN JUAN PR 00936-8629

*Incluya su número de préstamo en su cheque o giro.

OSWAIDA ORTIZ MARTINEZ LEY124

Miembro FDIC
OCIF Lic. B-34

⑆000000000⑆ 300⏋00 50039084⏌ 89 ⑈00000346

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**08-01123-MCF13 Notice will be electronically mailed to:**

ALEJANDRO CAMPORREALE MUNDO on behalf of Creditor DORAL BANK INC
bnk.noticespr@yahoo.com

ROSAMAR GARCIA FONTAN on behalf of Trustee ALEJANDRO OLIVERAS RIVERA
ecf@ch13sju.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com
 aorecf2@ch13sju.com

LIGIA J RIVERA BUJOSA on behalf of Creditor DORAL BANK INC
lrivbujosa@yahoo.com

MARILYN VALDES ORTEGA on behalf of Debtor OSWAIDA ORTIZ MARTINEZ
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**08-01123-BKT13 Notice will not be electronically mailed to:**

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918

DORAL FINANCIAL CORPORATION
PO BOX 71529
SAN JUAN, PR  00936-8629

FEDERAL LITIGATION DEPT OF
JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

POPULAR FINANCE
PO BOX 71564
SAN JUAN, PR  00936-8664

PR TELEPHONE CO
PO BOX 70239
SAN JUAN, PR  00936

VELMA DIAZ CARRASQUILLO
PO BOX 361508
SAN JUAN, PR  00936-1508