# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 08-01123 MCF |
| OSWAIDA ORTIZ MARTINEZ | CHAPTER 13 |
| Debtor | |
| DORAL BANK, INC. | INDEX A |
| Movant | |
| Vs. | (X) of acts against property under 11§ USC 362(d)(1) **"CAUSE"** |
| OSWAIDA ORTIZ MARTINEZ and Alejandro Oliveras Rivera as Debtor's Trustee | |
| Respondent (s) | |

### CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES**, DORAL BANK, INC., holder of a secured claim and Creditor herein and shows the Honorable Court as follows:

1. The undersign certifies that on March 18th, 2011, copy of the Motion and Notice on Motion for Relief of Automatic Stay in accordance to USC Section 362 (d)(1) filed on March 14th, 2011, has been sent by CM/ECF System to **Alejandro Oliveras Rivera**, Chapter 13 Trustee; to debtor's attorney *Marilyn Valdez Ortega to* valdeslaw@prtc.net and the undersigned certifies that a copy of this motion was sent by regular mail to the debtor`s attorney to P O Box 195596, San Juan, PR 00919-5596 and to the Debtors, **Oswaida Ortiz Martinez**, to P O Box 1518, Arroyo, PR 00714.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 18th of March, 2011.

/s/ Ligia Rivera Bujosa
Ligia Rivera Bujosa
U.S.D.C.-P.R. No. 220311
Attoney for Creditor
P.O. Box 7821
Ponce, P.R. 00732
Tel. 787-630-4840; Fax. 866-521-7440
E-mail: lrivbujosa@yahoo.com